UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-6891-CAS(Ex) | Date | June 3, 2019 |
|---|---|---|---|
| Title | *UNITED STATES OF AMERICA v. MONEY SHINDAY; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert Conte, AUSA<br>John Ellis, AUSA | Ismael Bautista, Jr. |

**Proceedings:**     SCHEDULING CONFERENCE

   Hearing held and counsel are present.  The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: <u>August 1, 2019</u>;
Settlement Completion Cutoff: <u>December 16, 2019</u>;
Factual Discovery Cut-off: <u>December 2, 2019</u>;
Last Day to File Motions: <u>January 6, 2020</u>;
Status Conference re: Settlement **(11:00 A.M.)**: **<u>January 6, 2020</u>**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): <u>March 16, 2020</u>**;
and Jury Trial **(9:30 A.M.): <u>March 31, 2020</u>**.

   Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |