```
 1  NICOLA T. HANNA
    United States Attorney
 2  THOMAS D. COKER
    Assistant United States Attorney
 3  Chief, Tax Division
    ROBERT F. CONTE (Cal. Bar No. 157582)
 4  JOHN D. ELLIS (Cal. Bar No. 322922)
    Assistant United States Attorneys
 5      Federal Building, Suite 7211
        300 North Los Angeles Street
 6      Los Angeles, California 90012
        Telephone: (213) 894-6607
 7                 (213) 894-2740
        Facsimile: (213) 894-0115
 8      E-mail:    robert.conte@usdoj.gov
                   john.ellis3@usdoj.gov
 9
    Attorneys for the United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:18-cv-06891-CAS(Ex) |
|---|---|
| Plaintiff, | |
| v. | Stipulation to Dismiss Case By Reason of Settlement |
| MONEY SHINDAY and NILA SHINDAY, | |
| Defendants. | |

**STIPULATION TO DISMISS CASE**

PLEASE TAKE NOTICE:

1. The parties have settled this case and have entered into a Stipulation Regarding Settlement Terms and Agreement Resolving Complaint (Settlement) which contains the terms of settlement and resolves all issues raised in the complaint.

2. Accordingly, the parties stipulate that this case should be dismissed without prejudice, that all pending scheduling dates should be vacated, that the parties should bear their own costs and attorney's fees, and that the Court should retain jurisdiction over the case to enforce the terms of the Settlement.

3. A proposed order is attached.

STIPULATED AND AGREED BY:

Dated: December 19, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

ROBERT F. CONTE

JOHN D. ELLIS
Assistant United States Attorneys

Attorneys for Plaintiff United States of America

Dated: December 17, 2019

ARENT FOX LLP

MALCOLM MCNEIL

ISMAEL BAUTISTA, JR.
Attorneys for Defendants
Money Shinday and Nila Shinday