NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6607
                       (213) 894-2740
    Facsimile:   (213) 894-0115
    E-mail:      robert.conte@usdoj.gov
                      john.ellis3@usdoj.gov

Attorneys for the
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:18-cv-06891-CAS(Ex) |
|---|---|
| Plaintiff, | |
| v. | [~~Proposed~~] Order Granting Stipulation to Dismiss Case |
| MONEY SHINDAY and NILA SHINDAY, | |
| Defendants. | |

The Court, having read and considered the parties' Stipulation to Dismiss Case (Stipulation, ECF No. 24), ORDERS that:

    1.    The Stipulation is in all respects APPROVED.

    2.    This case is dismissed without prejudice.

    3.    All pending scheduling dates are vacated.

    4.    Each party shall bear its own costs and attorney's fees.

/ / /

/ / /

5.  The Court shall retain jurisdiction over this case in order to enforce the terms of the parties' Stipulation Regarding Settlement Terms and Agreement Resolving Complaint.

**IT IS SO ORDERED.**

Dated: December 20, 2019

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE